**Order filed, November 15, 2017.**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00787-CV

### ISAAC S. ACHOBE, Appellant

### V.

### NORTH MISSION GLEN ESTATE HOMEOWNER ASSOCIATION, INC., Appellee

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case 16-dcv-236875**

## ORDER

The reporter's record in this case was due 11/13/2017. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Elizabeth Wittu, the official (or substitute) court reporter, to file the record in this appeal, if any, **within 30 days** of the date of this order.

PER CURIAM